# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ABEINSA HOLDING, INC., *et al.*,<br><br><br><br>Debtors. | Bankruptcy Case No.: 16-10790-LSS |
| DRIVETRAIN, LLC,<br>       Appellant,<br> v.<br>CROWN FINANCIAL, LLC,<br>       Appellee. | C.A. No. 22-1371-CFC<br>Bankr. BAP No. 22-70 |

## **RECOMMENDATION**

At Wilmington this **14th** day of **November, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

Appellant Drivetrain, LLC, as Litigation Trustee ("Appellant"), and appellee Crown Financial, LLC ("Appellee") have met and confered. The parties agree that

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

mediation in this matter would not be fruitful.  They propose the following briefing schedule:

- <u>December 15, 2022</u>: Appellant's opening brief due;

- <u>January 16, 2023</u>: Appellee's answering brief due; and

- <u>January 30, 2023</u>: Appellant's reply brief due.


THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to 28 U.S.C. § 636(b)(1)(B), F<small>ED</small>. R. C<small>IV</small>. P. 72(a) and D. D<small>EL</small>. LR 72.1 are anticipated since this Recommendation is consistent with the parties' requests.

Local counsel are obligated to inform out-of-state counsel of this Order.


<u>/s/ Mary Pat Thynge</u>
Chief U.S. Magistrate Judge Mary Pat Thynge