IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ABEINSA HOLDING, INC., et al., ) | Bk. No. 16-10790 (LSS) |
| ) | |
| Debtor. ) | |
| _____ ) | |
| DRIVETRAIN, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 22-1371-CFC |
| ) | |
| CROWN FINANCIAL, LLC, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

At Wilmington this 14th day of November 2022, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **December 15, 2022.**

2. Appellee's brief in opposition to the appeal is due on or before **January 16, 2023.**

3. Appellant's reply brief is due on or before **January 30, 2023.**

_____
Chief Judge