IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ABEINSA HOLDING INC., *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 16-10790 (LSS) |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| DRIVETRAIN, LLC, as Litigation Trustee, | : | |
| | : | Civ. No. 22-1371-CFC |
| Appellant, | : | |
| v. | : | |
| | : | |
| CROWN FINANCIAL, LLC, | : | |
| | : | |
| Appellee. | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

1. The Bankruptcy Court's Decision, *In re Abeinsa Holding, Inc.*, 645 B.R. 680 (Bankr. D. Del. 2022), is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 22-1371-CFC.

Entered this Twenty-ninth day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE